# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144435

COUNTRYWIDE HOME LOANS, INC., d/b/a
AMERICA'S WHOLESALE LENDER,
      Plaintiff-Appellee,

v

SC: 144435
COA: 298399
Oakland CC: 2008-093634-CH

PEOPLES CHOICE HOME LOAN, INC.,
      Defendant-Appellant,

and

BAYVIEW LOAN SERVICING, LLC, and
WACHOVIA MORTGAGE CORPORATION,
      Defendants/Cross-Defendants,

and

LAWRENCE RUBENS,
      Defendant/Cross-Plaintiff,

and

MARGO RUBENS, AMIRA BUTLER, and
FIRST MAGNUS FINANCIAL CORPORATION,
      Defendants.

_____/

      On order of the Court, the application for leave to appeal the December 6, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

s0917